**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: OpenAI, Inc. Copyright Infringement Litigation<br><br>This Document Relates To:<br><br>    Case No. 1:23-cv-11195-SHS-OTW<br>    Case No. 1:24-cv-03285-SHS-OTW<br>    Case No. 1:24-cv-04872-SHS-OTW<br>    Case No. 1:23-cv-08292-SHS-OTW<br>    Case No. 1:23-cv-10211-SHS-OTW<br>    Case No. 1:25-cv-03482-SHS-OTW | 1:25-md-3143-SHS-OTW |

**DEFENDANT MICROSOFT CORPORATION'S JUNE 26, 2025 TECHNOLOGY**
**TUTORIAL DEMONSTRATIVES**

1

 Microsoft

# *In re: OpenAI, Inc. Copyright Infringement Litigation* 25-md-3143 (SHS) (OTW)

## Microsoft's Technology Tutorial

June 26, 2025

# Agenda

01.   Microsoft's Support of GPT Development

02.   M365 Copilot Product Demonstration

03.   How Grounding (Retrieval-Augmented-Generation) Works

04.   Responsible AI

05.   How New Consumer Copilot Differs from M365 Copilot and Bing Chat

# Microsoft's Support of GPT Development

# Microsoft's Support of GPT Development

## Capital Investment

## Training Infrastructure

- Tens of thousands of GPUs
- High bandwidth, global infrastructure scaling on demand
- Massive parallel training architecture







Microsoft 365
Copilot

User Interface

Orchestrator

Safety System

GPT

# M365 Copilot Product Demonstration



# What The User Sees

M365 Copilot

- Search
- **Chat**
  - Agents
  - Conversations
  - Pages
- Notebooks
- Create
- Apps

Work | Web

## Hi, how can I help?

Message Copilot

Suggest a daily routine to help me stay organized at work
Build good habits

Suggest a few clever riddles that I can use to try to stump my...
Challenge your peers

Suggest 5 office-friendly jokes
Have a laugh

See more

 **M365**

# What The User Sees

 **M365**

# What The User Sees



# What The User Sees

Example 1 – Ideation



# Ideation Prompt

M365 Copilot

Search

Chat

Agents

Conversations

Pages

Create

Apps

Work    **Web**

## What can I help you with?

Message Copilot

Suggest a daily routine to help me stay organized at work
Build good habits

Suggest a few clever riddles that I can use to try to stump my...
Challenge your peers

Suggest 5 office-friendly jokes
Have a laugh

See more



# Ideation Prompt





# Ideation Prompt

what is a good team name for a two-person team in a trivia competition?

 Copilot

●●●



# Ideation Prompt

Here are some fun and clever team name ideas for a two-person trivia team:

### 🎯 Clever & Punny

- Quiztopher Nolan
- Smarty Pints
- The Know-It-Alls
- Trivia Newton John
- Let's Get Quizzical

### 🧠 Brainy & Bold

- Double Jeopardy
- The Think Tank
- Mind Over Matter
- Fact Checkers
- The Brain Trust

### 🎭 Pop Culture Inspired

- Dynamic Duo
- The Quizzard of Oz
- Sherlock & Watson
- The Inquizitors
- 2 Fast 2 Curious



# Example 2 – Knowledge Task with Grounding

# Simple Knowledge Task with Grounding





# Simple Knowledge Task with Grounding

Work | **Web**

## What can I help you with?

How does the height of the Empire State Building compare to the height of the Eiffel Tower?

Analyze the text in the following and make suggestions on how t...
Sharpen your writing

Prepare a brief of today's news from the finance industry...
Monitor industry news

Write some funny Out of Office email responses to use while I'...
Going on holiday?

See more ⌄



# Simple Knowledge Task with Grounding

the Eiffel Tower?

**Copilot**

OK, I'll search for 'Height of Empire State Building and Eiffel Tower'...

# Simple Knowledge Task with Grounding



the Eiffel Tower?

 **Copilot**

The **Empire State Building** and the **Eiffel Tower** are both iconic landmarks, but they differ significantly in height and structure:

## Height Comparison

- **Empire State Building**:
  - Total height (including antenna): **443.2 meters** (1,454 feet)
  - Roof height (excluding antenna): **381 meters** (1,250 feet) [1] [3] [2]

- **Eiffel Tower:**
  - Total height (including antennas): **330 meters** (1,082 feet) [1] [3] [2]

## Summary

The Empire State Building is **about 113 meters (or 372 feet) taller** than the Eiffel Tower when measured from base to tip, including antennas.

Would you like a visual comparison or more details about their architecture or history?

<div align="center">
Show me a visual comparison.     Tell me about their construction history.     
</div>



# Simple Knowledge Task with Grounding

## Height Comparison

- **Empire State Building:**
  - Total height (including antenna): **443.2 meters** (1,454 feet)
  - Roof height (excluding antenna): **381 meters** (1,250 feet) ⓵ ⓷ ⓶

- **Eiffel Tower:**
  - Total height (including antennas): **330 meters** (1,082 feet) ⓵ ⓷ ⓶

## Summary

The Empire State Building is **about 113 meters (or 372 feet) taller** than the Eiffel Tower when measured from base to tip, including antennas.

Would you like a visual comparison or more details about their architecture or history?



| 1 | Empire State Building v...<br>size-explorer.com | 2 | The Eiffel Tower's Heig...<br>explore.com | 3 | Eiffel Tower vs. Empire ...<br>thisvsthat.io |

See all results

Show me a visual comparison.    Tell me about their construction history.



# Simple Knowledge Task with Grounding

Would you like a visual comparison or more details about their architecture or history?

## Sources ⓘ

### Citations

1. **Empire State Building vs Eiffel Tower - Size Explorer**
   size-explorer.com

2. **The Eiffel Tower's Height Compared To Other Iconic Structures**
   explore.com

3. **Eiffel Tower vs. Empire State Building**
   thisvsthat.io

### More

**Charting the Tallest Buildings in the World Side by Side (infographic)**
elitetravelblog.com

**Empire State Building - Wikipedia**
en.wikipedia.org

Show me a visual comparison.    Tell me about their construction history.

# Simple Knowledge Task with Grounding



# How Grounding Works



# retrieval-augmented-generation



# Grounding













## User query & conversation context

How does the height of the Empire State Building compare to Eiffel Tower





Sydney Orchestrator

**User query & conversation context**

How does the height of the Empire State Building compare to Eiffel Tower





Sydney Orchestrator

Index, Ranking & Answers

GPT-4

**User query & conversation context**

How does the height of the Empire State Building compare to Eiffel Tower





Sydney Orchestrator

Index, Ranking & Answers

GPT-4

(Sydney searches for 'height of Eiffel Tower')

(Sydney searches for 'height of Empire State Building')



Index

**User query & conversation context**

How does the height of the Empire State Building compare to Eiffel Tower





**Sydney Orchestrator**

**Index, Ranking & Answers**

**GPT-4**

(Sydney searches for 'height of Eiffel Tower')

(Sydney searches for 'height of Empire State Building')


**Index**


1  Empire State Building vs Eiffel...
   size.explore.com


2  The Eiffel Tower's Height...
   explore.com


3  Eiffel Tower vs. Empire State...
   thisvsthat.io


   Charting the Tallest Buildings in the...
   elitetravelblog


   Empire State Building - Wikipedia
   en.wikipedia.org

## User query & conversation context

How does the height of the Empire State Building compare to Eiffel Tower





**Sydney Orchestrator**

**Index, Ranking & Answers**

**GPT-4**

(Sydney searches for 'height of Eiffel Tower')

(Sydney searches for 'height of Empire State Building')



**Index**

```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://size.explore.com/Empire_State_Building_vs_Eiffel_Tower"
    },
    {
        "id": 1,
        "url": "https://www.explore.com/Eiffel-Tower"
    },
    {
        "id": 2,
        "url": "https://www.thisvsthat.io"
    },
    {
        "id": 3,
        "url": "https://en.wikipedia.org/wiki/Empire_State_Building"
    },
    {
        "id": 4,
        "url": "https://www.elitetravelblog.com"
    },
],
```

## User query & conversation context

How does the height of the Empire State Building compare to Eiffel Tower





**Sydney Orchestrator**

**Index, Ranking & Answers**

**GPT-4**

"Grounding Material"

**User query & conversation context**

How does the height of the Empire State Building compare to Eiffel Tower





**Sydney Orchestrator**

**Index, Ranking & Answers**

**GPT-4**

**"Responding"
or
"Generating"
Model**

"sourceAttributions": [
    {
        "id": 0,
        "url": "https://size.explore.com/Empire_State_Building_vs_Eiffel_Tower"
    },
    {
        "id": 1,
        "url": "https://www.explore.com/Eiffel-Tower"
    },
    {
        "id": 2,
        "url": "https://www.thisvsthat.io"
    },
    {
        "id": 3,
        "url": "https://en.wikipedia.org/wiki/Empire_State_Building"
    },
    {
        "id": 4,
        "url": "https://www.elitetravelblog.com"
    },
],

**User**

**User query & conversation context**

How does the height of the Empire State Building compare to Eiffel Tower



**Sydney Orchestrator**

**Index, Ranking & Answers**

**GPT-4**

The Empire State Building and the Eiffel Tower are both iconic landmarks, but they differ significantly in height and structure.
**Height Comparison**
Empire State Building
• Total height (including antenna): 443.2 meters
Eiffel Tower
• Total height (including antennas): 330 meters

Learn more: 1, 2, 3.

**"Responding" or "Generating" Model**

The Empire State Building and the Eiffel Tower are both iconic landmarks, but they differ significantly in height and structure.

**Height Comparison**

Empire State Building
- Total height (including antenna): 443.2 meters

Eiffel Tower
- Total height (including antennas): 330 meters

Learn more: 1, 2, 3.



# Complex Knowledge Task with Grounding

Work | **Web**

## Hi, how can I help?

Message Copilot

What does **LLM** stand for?

Decode acronyms

What are some techniques to help me avoid distractions and...

Stay focused

What are the potential benefits and drawbacks of **AI-generated**...

Complete the picture

See more



# Complex Knowledge Task with Grounding

Work | **Web**



## Hi, how can I help?

I'm considering opening a small eco-friendly cafe in Manhattan next year. Can you help me create a business plan that includes market trends, local competition, estimated startup costs, sustainable supplier options, and a basic financial projection?

\+                                                                            🎤    

 **What does LLM stand for?**

Decode acronyms

 **What are some techniques to help me avoid distractions and...**

Stay focused

 **What are the potential benefits and drawbacks of AI-generated...**

Complete the picture

See more  ⌄

 # Complex Knowledge Task with Grounding

I'm considering opening a small eco-friendly café in Manhattan next year. Can you help me create a business plan that includes market trends, local competition, estimated startup costs, sustainable supplier options, and a basic financial projection?

 **Copilot**

OK, I'll search for 'legal requirements to open a cafe in Manhattan 2025'...

# Complex Knowledge Task with Grounding



> I'm considering opening a small eco-friendly café in Manhattan next year. Can you help me create a business plan that includes market trends, local competition, estimated startup costs, sustainable supplier options, and a basic financial projection?

 **Copilot** ⓘ

Here's a comprehensive business plan outline tailored for your eco-friendly café in Manhattan, incorporating market trends, competition, startup costs, sustainable suppliers, and financial projections:

---

## 📄 Business Plan: Eco-Friendly Café in Manhattan (2025)

### 1. Market Trends (2025)

Key trends shaping the café industry:

- **Sustainability**: Customers demand biodegradable packaging, zero-waste operations, and ethically sourced ingredients [3].
- **Plant-Based Menus**: Oat, almond, and soy milks are standard; vegan pastries and meals are growing in popularity [4].
- **Hyper-Local Sourcing**: Cafés are partnering with local farms and micro-roasters [3].
- **Tech Integration**: Mobile ordering, contactless payments, and loyalty apps are expected.

### 2. Local Competition

Manhattan has a vibrant café scene. Notable eco-conscious competitors include:

- **Felix Roasting Co.** – Known for sustainable sourcing and unique drinks [5].
- **Grounded Coffee House** – Organic, Rainforest Alliance certified, and plant-filled ambiance [6].
- **Merriweather** – Aussie-style café with organic coffee and healthy food [6].



# Complex Knowledge Task with Grounding

 **Copilot** ⓘ

Here's a comprehensive business plan outline tailored for your eco-friendly café in Manhattan, incorporating market trends, competition, startup costs, sustainable suppliers, and financial projections:

---

## 📝 Business Plan: Eco-Friendly Café in Manhattan (2025)

### 1. Market Trends (2025)

Key trends shaping the café industry:

- **Sustainability**: Customers demand biodegradable packaging, zero-waste operations, and ethically sourced ingredients [3].
- **Plant-Based Menus**: Oat, almond, and soy milks are standard; vegan pastries and meals are growing in popularity [4].
- **Hyper-Local Sourcing**: Cafés are partnering with local farms and micro-roasters [3].
- **Tech Integration**: Mobile ordering, contactless payments, and loyalty apps are expected.

# Complex Knowledge Task with Grounding

## 2. Local Competition

Manhattan has a vibrant café scene. Notable eco-conscious competitors include:

- **Felix Roasting Co.** – Known for sustainable sourcing and unique drinks [5].
- **Grounded Coffee House** – Organic, Rainforest Alliance certified, and plant-filled ambiance [6].
- **Merriweather** – Aussie-style café with organic coffee and healthy food [6].

To stand out, focus on:

- Zero-waste operations
- Community engagement (e.g., local art, events)
- Unique menu items (e.g., seasonal vegan specials)

## 3. Estimated Startup Costs

Based on 2025 data [7] [8]:

| Category | Estimated Cost Range |
|----------|---------------------|
| Lease (Manhattan) | $5,000–$15,000/month |


# Complex Knowledge Task with Grounding

### 3. Estimated Startup Costs

Based on 2025 data [7] [8] :

| Category | Estimated Cost Range |
| --- | --- |
| Lease (Manhattan) | $5,000–$15,000/month |
| Renovations & Decor | $20,000–$100,000 |
| Equipment (espresso machine, etc.) | $20,000–$50,000 |
| Initial Inventory | $5,000–$10,000 |
| Licenses & Permits | $1,000–$3,000 |
| Marketing & Branding | $5,000–$15,000 |
| Working Capital (3–6 months) | $30,000–$60,000 |
| **Total Estimate** | **$100,000–$250,000** |

# Complex Knowledge Task with Grounding

## 4. Sustainable Supplier Options

Here are some eco-conscious suppliers in NYC:

- **Nguyen Coffee Supply** – Direct trade Vietnamese coffee, roasted in Brooklyn [9].
- **Willa's Oat Milk** – Climate-positive, whole-oat milk [9].
- **Aqua Best NYC** – Sustainable seafood supplier [10].
- **Acme Smoked Fish** – Family-owned, responsibly sourced fish [11].
- **HowGood** – Offers sustainability data to help you choose ethical ingredients [9].

## 5. Basic Financial Projection (Year 1)

| Metric | Estimate |
|---|---|
| Monthly Revenue | $25,000–$40,000 |
| Monthly Expenses (rent, labor, COGS, etc.) | $20,000–$35,000 |
| Monthly Profit (before tax) | $2,000–$5,000 |
| Annual Revenue | $300,000–$480,000 |



# Complex Knowledge Task with Grounding

### 5. Basic Financial Projection (Year 1)

| Metric | Estimate |
| --- | --- |
| Monthly Revenue | $25,000–$40,000 |
| Monthly Expenses (rent, labor, COGS, etc.) | $20,000–$35,000 |
| Monthly Profit (before tax) | $2,000–$5,000 |
| Annual Revenue | $300,000–$480,000 |
| Annual Net Profit | $24,000–$60,000 |

Assumes 100–150 customers/day with an average ticket of $8–$10.

Would you like help turning this into a formal business plan document or pitch deck? I can also help you



# Complex Knowledge Task with Grounding

| | |
|---|---|
| Annual Net Profit | $24,000–$60,000 |

> Assumes 100–150 customers/day with an average ticket of $8–$10.

---

Would you like help turning this into a formal business plan document or pitch deck? I can also help you model different financial scenarios or design a sustainable menu.

 1 Food Service Establish... nyc-business.nyc.gov

 2 Coffee Shop Licenses a... pos.toasttab.com

3 Top Cafe Trends for 20... planetfriendlypackaging.co...



     

Yes, please help with the formal document.    Can you suggest a sustainable menu?



 **M365**

# Complex Knowledge Task with Grounding

## Sources ⓘ

### Citations

**1** Food Service Establishment Permit | City of New York
nyc-business.nyc.gov

**2** Coffee Shop Licenses and Permits Needed in New York (2025) - Toast
pos.toasttab.com

**3** Top Cafe Trends for 2025: Sustainability & Innovation
planetfriendlypackaging.com.au

**4** 2025 Café Trends: Innovation, Sustainability, and New Tea Pairing ...
en.highteaworld.com

**5** Sip in Style: 12 Manhattan's Best Coffee Shops for Every Taste
manhattanusersguide.com

**6** The 20 Best Organic and Fair Trade Coffee Shops in NYC for ... - Ecocult®
ecocult.com



# Complex Knowledge Task with Grounding

## Sources ⓘ

**7** How Much Does It Cost to Open a Cafe? (2025 Cafe Startup Costs) - Toast
pos.toasttab.com

**8** How Much Does It Cost To Open A Cafe? (In 2025) - Starter Story
starterstory.com

**9** 10 Top Sustainable Foods Companies in New York · June 2025
f6s.com

**10** Aqua Best NYC LLC
aquabestnyc.com

**11** Acme Smoked Fish
acmesmokedfish.com

**More**

Opening a Restaurant - NYC Health - NYC.gov
nyc.gov



# Complex Knowledge Task with Grounding

## Sources ⓘ

cornercoffeestore.com

🔍 https://bing.com/search?q=sustainable+food+and+beverage+suppliers+for+cafes+in+New+York
bing.com

🌐 **Conca D'Ora**
concadorofood.com

ℹ️ **21 Exceptional Food Manufacturers in New York - Inven**
inven.ai

**38 Best New York City Sustainability Companies and Startups**
beststartup.us

**How Much Does it Cost to Open a Coffee Shop in 2025?**
crimsoncup.com

**Eco-Chic NYC Events: Sustainability Trends Taking Over 2025**
hub.theeventplannerexpo.com

# Example 3 – Data Analysis


M365

# Data Analysis – NYC Open Contracts Dataset

| | ShortTitle | SelectionMethodDescription | SectionName | | SpecialCaseReason | PIN | DueDate | AddressT | ContactN | ContactPh | Email | ContractAmount | | ContactFa | Addit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29008 | HOUSEKEEPING SERVICE | Negotiated Acquisition | Procurement | | Judgment required in | 06905H048110 | | | | 2.12E+09 | | | 365549.00 | | |
| 29007 | COLD and HOT CEREALS | Competitive Sealed Bids | Procurement | | | 8.58E+08 | | | | 2.13E+09 | | | 365475.27 | | |
| 29008 | IT Consulting Services | Intergovernmental Purchase | Procurement | | | 09620G0061001 | | | | | | | 365460.16 | | <p>contract term fr |
| 29009 | NON-EMERGENCY PERM | Negotiated Acquisition | Procurement | | Judgment required in | 09610P0024007N002 | | | | 9.29E+09 | | | 365456.00 | | Contract Term 7/1/2 |
| 29010 | PREPARED MEALS FOR N | Competitive Sealed Bids | Procurement | | | 8.58E+08 | | | | 2.13E+09 | | | 365400.00 | | |
| 29011 | FISH, FRESH AND FROZE | Competitive Sealed Bids | Procurement | | | 8.57E+08 | | | | 2.13E+09 | | | 365381.00 | | |
| 29012 | LEGAL SERVICES | Other | Procurement | | | 071-11S-003-784 | | | | 2.12E+09 | | | 365376.00 | | |
| 29013 | Akamai Content Delivery Ne | M/WBE Noncompetitive Sma | Procurement | | | 83625W0014001 | | | John Bernabe | | bernabej@ | | 365335.00 | | |
| 29014 | REPLACEMENT OF TRICK | Competitive Sealed Bids | Procurement | | | 82612WS00012 | | | | 7.19E+09 | | | 365333.00 | | DEL-374E |
| 29015 | Board Certified Orthopedic | Competitive Sealed Bids | Procurement | | | 072200703HMD | | | | 2.12E+09 | | | 365040.00 | | |
| 29016 | Accel Emerg Demo 94-54 L | Emergency Purchase | Procurement | | | 80623E0089001 | | | | | | | 365032.00 | | |
| 29017 | Bulk Asbestos Sampling and | M/WBE Noncompetitive Sma | Procurement | | | 85624W0001001 | | | | | | | 365000.00 | | |
| 29018 | SENIOR SERVICES | BP/City Council Discretionary | Procurement | | | 12519L0183001 | | | | 2.13E+09 | | | 365000.00 | | City Council/ Boroug |
| 29019 | PIPE, BIKE RACK | Competitive Sealed Bids | Procurement | | | 8.57E+09 | | | | 2.12E+09 | | | 365000.00 | | |
| 29020 | LIFE SUPPORT PRODUCT | Competitive Sealed Bids | Procurement | | | 8.57E+09 | | | | 2.12E+09 | | | 365000.00 | | |
| 29021 | ESRI MICROCOMPUTER S | Intergovernmental Purchase | Procurement | | Other (Describe belo | 8.57E+09 | | | | 2.13E+09 | | | 365000.00 | | |
| 29022 | GRP: FEDERAL SIGNAL S | Competitive Sealed Bids | Procurement | | | 8.58E+08 | | | | 2.13E+09 | | | 365000.00 | | |
| 29023 | PERSONAL FLOTATION D | Competitive Sealed Bids | Procurement | | | 8.58E+08 | | | | 2.13E+09 | | | 364759.00 | | |
| 29024 | APD-2000 CHEMICAL WAR | Emergency Purchase | Procurement | | Other (Describe belo | 8.57E+08 | | | | 2.13E+09 | | | 364716.00 | | |
| 29025 | CHILDREN UNDER FIVE | Competitive Sealed Bids | Procurement | | | 09AO082501R0X00 | | | | 2.12E+09 | | | 364501.00 | | |
| 29026 | GSA CONTR - WESTERN I | Intergovernmental Purchase | Procurement | | Other (Describe belo | 8.57E+09 | | | | 2.13E+09 | | | 364481.64 | | |
| 29027 | JUVENILE JUSTICE ALTER | Required/Authorized Source | Procurement | | | 06813R00001002 | | | | 2.12E+09 | | | 364445.00 | | |
| 29028 | SIGN BLANKS, ALUMINUM | Competitive Sealed Bids | Procurement | | | 8.57E+08 | | | | 2.13E+09 | | | 364382.76 | | |
| 29029 | MENTAL RETARDATION S | Required Method (including F | Procurement | | | 15MR005501R2X00 | | | | 3.47E+09 | | | 364221.00 | | |
| 29030 | Emerg Demo 222-01 Merric | Emergency Purchase | Procurement | | | 80625E0028001 | | | Giacomo Fazio | | faziog@hp | | 364175.00 | | |
| 29031 | CHEESES, BUTTER AND M | Competitive Sealed Bids | Procurement | | | 8.57E+08 | | | | 2.13E+09 | | | 364094.90 | | |
| 29032 | HIV PREVENTION SERVIC | BP/City Council Discretionary | Procurement | | | 14AE042001R0X00 | | | | 3.47E+09 | | | 364094.00 | | |
| 29033 | Halal Meats & Poultry | Competitive Sealed Bids | Procurement | | | 85723B0103002 | | | | | | | 364000.00 | | |
| 29034 | DOC - Halal Meats & Poultr | Competitive Sealed Bids | Procurement | | | 85723B0103002 | | | | | | | 364000.00 | | |
| 29035 | DOC - Halal Meats AND Po | Competitive Sealed Bids | Procurement | | | 85723B0103002 | | | | | | | 364000.00 | | |
| 29036 | MWBE Award for IT Suppo | Innovative Procurement | Procurement | | Available only from a | R1347040 | | | | | | | 364000.00 | | <p>NYC Departmer |
| 29037 | BLACKWELL HOUSE REN | Government to Government | Procurement | | | 12615T0001001 | | | | 2.13E+09 | | | 364000.00 | | project to be bid by |
| 29038 | PROVISION OF ANTI-EVIC | BP/City Council Discretionary | Procurement | | | 09616L0078001 | | | | 9.29E+09 | | | 364000.00 | | 07/01/2015 to 06/30 |
| 29039 | ANTI-EVICTION LEGAL SE | BP/City Council Discretionary | Procurement | | | 09615L0098001 | | | | 9.29E+09 | | | 364000.00 | | TERM: 7/1/14 - 6/30 |
| 29040 | GRP: VEEDER - ROOT TA | Competitive Sealed Bids | Procurement | | | 8.57E+09 | | | | 2.12E+09 | | | 364000.00 | | |
| 29041 | GSA TELECOMMUNICATIO | Emergency Purchase | Procurement | | Other (Describe belo | 8.57E+09 | | | | 2.12E+09 | | | 363965.10 | | |
| 29042 | Q173-122M American Trian | M/WBE Noncompetitive Sma | Procurement | | | 84625W0014001 | | | Charlene Dawson | | charlene.d | | 363888.00 | | <p>Located at 102n |
| 29043 | HOPWA Permanent Suppor | Negotiated Acquisition | Procurement | | Other (Describe belo | 81624N0013003 | | | | | | | 363856.00 | | <p>DOHMH will ent |
| 29044 | DINNERS, KOSHER, GLAT | Competitive Sealed Bids | Procurement | | | 8.57E+09 | | | | 2.13E+09 | | | 363834.99 | | |
| 29045 | RHY Vulnerable Youth Prog | Negotiated Acquisition | Procurement | | Other (Describe below | in Other Legally Mandated Information) | | | | | | | 363824.00 | | <p>DYCDis Runawa |
| 29046 | CHILLER MAINTENANCE A | Competitive Sealed Bids | Procurement | | | 81612ME0012 | | | | 2.12E+09 | | | 363810.00 | | N/A |
| 29047 | RADIO COMMUNICATION: | Intergovernmental Purchase | Procurement | | Other (Describe belo | 8.57E+09 | | | | 2.13E+09 | | | 363776.00 | | |
| | NDA High School Youth Edu | Competitive Sealed Proposal | Procurement | | Other (Describe belo | 28021P0002010 | | | | | | | 363600.00 | | <p>The New York C |

Recent_Contract_Awards_20250615



# Data Analysis – NYC Open Contracts Dataset

| | ShortTitle | SelectionMethodDescription | SectionName | | SpecialCaseReasonD | PIN | DueDate | AddressTo | ContactNa | ContactPh | Email | ContractAmount | | Conta |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49379 | NYC BASED EXPERIENCE | Competitive Sealed Bids | Procurement | | | RFP Issue 2/9/04 | | | | | | -1.00 | | |
| 49380 | In School Youth  Renewal | Renewal | Procurement | | | ID Numbers Listed | | | | 2.12E+09 | | -1.00 | | |
| 49381 | Out-of-School Youth Renewa | Renewal | Procurement | | | ID Numbers Listed | | | | 2.12E+09 | | -1.00 | | |
| 49382 | Youth Development/Delinqu | Renewal | Procurement | | | See List Below | | | | 2.12E+09 | | -1.00 | | |
| 49383 | Services for Senior Citizens | BP/City Council Discretionary | Procurement | | | See List | | | | 2.12E+09 | | -1.00 | | |
| 49384 | Services for Senior Citizens | BP/City Council Discretionary | Procurement | | | see list below | | | | 2.12E+09 | | -1.00 | | |
| 49385 | Scatter Site Housing II Serv | Renewal | Procurement | | | 06905H000500 | | | | 2.12E+09 | | -1.00 | | |
| 49386 | Scatter Site Housing  I  Sen | Renewal | Procurement | | | 06905H001800 | | | | 2.12E+09 | | -1.00 | | |
| 49387 | Permanent  and  Transitiona | Negotiated Acquisition | Procurement | | Available only from a | 06905H049700 | | | | 2.12E+09 | | -1.00 | | |
| 49388 | Services for Senior Citizens | BP/City Council Discretionary | Procurement | | | see list | | 2 Lafayett | Betty Lee | | | -1.00 | | |
| 49389 | CLINIC: THURGOOD MAR | Request for Proposals | Procurement | | | 01SH01003R0A01 | | | | 2.12E+09 | | -4676.00 | | |
| 49390 | Homemaker Services | Contract Change | Procurement | | | 06909H000207 | | | | 2.12E+09 | | -400000.00 | | |
| 49391 | NOTICE OF AWARD FOR . | Sole Source | Procurement | | Available only from a | B68-IT | | | | 2.12E+09 | | | | |
| 49392 | PROSPECT PARK CONCE | Sole Source | Procurement | | Available only from a | B073-O | | | | 2.12E+09 | | | | |
| 49393 | INFORMATION TECHNOL( | Request for Proposals | Procurement | | | 127FY1700001 | | | | 2.13E+09 | | | | |
| 49394 | EMERGENCY DECLARATI | Emergency Purchase | Procurement | | Other (Describe belo | 82714CC00049 | | | | 2.12E+09 | | | | |
| 49395 | AIM RENEWAL | Renewal | Procurement | | | 78112P0001 | | | | 2.12E+09 | | | | |
| 49396 | COMPREHENSIVE OFFIC | Sole Source | Procurement | | Available only from a | 2561206COPST3 | | | | 2.13E+09 | | | | |
| 49397 | ANTI-EVICTION SERVICES | Negotiated Acquisition | Procurement | | Other (Describe belo | 07112A031412 | | | | 2.12E+09 | | | | |
| 49398 | HOMELESS SHELTER SEF | Renewal | Procurement | | | 07106R0045CNVR002 | | | | 2.12E+09 | | | | |
| 49399 | SCATTER SITE HOUSING | Renewal | Procurement | | | SEE LIST BELOW | | | | 2.12E+09 | | | | |
| 49400 | CLINICAL CASE MANAGE | Contract Change | Procurement | | | SEE BELOW | | | | 2.12E+09 | | | | |
| 49401 | OPERATION, MANAGEME | Sole Source | Procurement | | Other (Describe belo | ...... | | | | 2.13E+09 | | | | |
| 49402 | Services for Senior Citizens | BP/City Council Discretionary | Procurement | | | Listed on Line 17 | | | | 2.12E+09 | | | | |
| 49403 | Employee Account Services | Competitive Sealed Proposal | Procurement | | Judgment required in | 05131006 | | | | 2.13E+09 | | | | |
| 49404 | Licensing Rights to Major M | Competitive Sealed Proposal | Procurement | | Judgment required in | MDC-05-0985 | | | | 6.47E+09 | | | | |
| 49405 | Services for Senior Citizens | BP/City Council Discretionary | Procurement | | | see list... | | | | 2.12E+09 | | | | |
| 49406 | Services for Senior Citizens | CP/2 | Procurement | | | see list below...... | | | | 2.12E+09 | | | | |
| 49407 | Services for Senior Citizens | Renewal | Procurement | | | see list | | | | 2.12E+09 | | | | |
| 49408 | Services for Senior Citizens | CP/2 | Procurement | | | see list | | | | 2.12E+09 | | | | |
| 49409 | Services for Senior Citizens | Negotiated Acquisition | Procurement | | Judgment required in | see list | | | | 2.12E+09 | | | | |
| 49410 | Services for Senior Citizens | Renewal | Procurement | | | see list | | | | 2.12E+09 | | | | |
| 49411 | Services for Senior Citizens | CP/2 | Procurement | | | see list below | | | | 2.12E+09 | | | | |
| 49412 | Services for Senior Citizens | CP/2 | Procurement | | | see list below. | | | | 2.12E+09 | | | | |
| 49413 | Services for Senior Citizens | CP/2 | Procurement | | | see list below | | | | 2.12E+09 | | | | |
| 49414 | Service For Senior Citizens | CP/2 | Procurement | | | See List. Below...... | | | | 2.12E+09 | | | | |
| 49415 | Services For Senior Citizens | Competitive Sealed Proposal | Procurement | | Judgment required in | SEE list... | | | | 2.12E+09 | | | | |
| 49416 | Services for Senior Citizens | Renewal | Procurement | | | see list below | | | | 2.12E+09 | | | | |
| 49417 | Services for Senior Citizens | Renewal | Procurement | | | see list below | | | | 2.12E+09 | | | | |
| 49418 | Services for Senior Citizens | Renewal | Procurement | | | see list below | | | | 2.12E+09 | | | | |
| 49419 | Services for Senior Citizens | Competitive Sealed Proposal | Procurement | | Judgment required in | see list below | | | | 2.12E+09 | | | | |
| 49420 | operation of a newsstand at | Competitive Sealed Bids | Procurement | | | #84103SIAD616 | | 40 Worth ! | Emily Bee | 2.12E+09 | | | | |
| 49421 | | | | | | | | | | | | | | |

Recent_Contract_Awards_20250615

# Data Analysis – NYC Open Contracts Dataset



**M365**

M365 Copilot

Search

Chat

Agents

Conversations

Pages

Create

Apps

Work | Web

Enterprise data protection
applies to this chat.

## What can I help you with?

Drop your files here

+ Copy

Learn the essentials to get the

Analyze the text in the following

Prepare a brief of today's news

Recent Contract Awards

OneDrive › ··· Recent Contract Awards

Search Recent Cc

New    Sort    View    ···    Preview

# Data Analysis – NYC Open Contracts Dataset





## What can I help you with?

Please analyze this data to give me the total period of time encompassed by the contracts and the total dollar volume of the contracts awarded.

Learn the essentials to get the most from Copilot
Start tour

Analyze the text in the following and make suggestions on how t...
Sharpen your writing

Prepare a brief of today's news from the finance industry...
Monitor industry news

See more

# Data Analysis – NYC Open Contracts Dataset



M365 Copilot

Search

**Chat**

Agents

Conversations

Pages

Create

Apps

Work | Web

Recent_Contract_Awards_20250615 1.xlsx

Please analyze this data to give me the total period of time encompassed by the contracts and the total dollar volume of the contracts awarded.

Copilot

Analysis ⌄

Analysis ⌄

Analysis ⌄

Message Copilot

AI-generated content may be incorrect

# Data Analysis – NYC Open Contracts Dataset





**M365 Copilot**

- Search
- Chat
- Agents
- Conversations
  - Recent_Contract_Awards_202...
  - All conversations
- Pages
- Create
- Apps

 **Copilot**

Analysis ∨

Analysis ∨

Analysis ∨

Here's the analysis based on the contract data you provided:

- **Total Period of Time Covered by the Contracts:**
  The contracts span a total of **8,198 days**, which is approximately **22.45 years**, from the earliest start date to the latest end date.

- **Total Dollar Volume of Contracts Awarded:**
  The cumulative value of all contracts is approximately **$276.46 billion**.

Would you like a breakdown by agency, contract type, or year?

Please identify the top 10 vendors who were awarded contracts.

 AI-generated content may be incorrect



# Data Analysis – NYC Open Contracts Dataset



The contracts span a total of **8,198 days**, which is approximately **22.45 years**, from the earliest start date to the latest end date.

- **Total Dollar Volume of Contracts Awarded:**

  The cumulative value of all contracts is approximately **$276.46 billion**.

Would you like a breakdown by agency, contract type, or year?



Please identify the top 10 vendors who were awarded contracts.



**Copilot**

Analyzing ⌄

Analyzing ⌄

Message Copilot

+

AI-generated content may be incorrect



# Data Analysis – NYC Open Contracts Dataset



M365 Copilot

- Search
- Chat
- Agents
- Conversations
  - Recent_Contract_Awards_202...
  - All conversations
- Pages
- Create
- Apps

Analysis ⌄

Here are the **top 10 vendors** awarded the highest total contract amounts:

1. **New York City Economic Development Corporation** – $9.15 billion
2. **Power Authority Of The State Of New York** – $6.68 billion
3. **LEON D. DEMATTEIS CONSTRUCTION CORP** – $3.99 billion
4. **Tutor Perini O&G A Joint Venture** – $3.77 billion
5. **Westhab Inc.** – $3.28 billion
6. **Public Health Solutions** – $3.09 billion
7. **TUTOR PERINI CORPORATION** – $3.03 billion
8. **YMS MANAGEMENT ASSOCIATES INC** – $3.02 billion
9. **Transformative Reform Group LLC** – $2.98 billion
10. **CONVANTA 4RECOVERY L.P.** – $2.86 billion

Would you like a visual chart of this data or a breakdown by agency or contract type?

Yes, please show me a visual chart.    Can you provide more details on each vendor?

Please provide a table showing the percentage of contracts awarded using each individual selection method.

AI-generated content may be incorrect

# Data Analysis – NYC Open Contracts Dataset





8. **YMS MANAGEMENT ASSOCIATES INC** – $3.02 billion
9. **Transformative Reform Group LLC** – $2.98 billion
10. **CONVANTA 4RECOVERY L.P.** – $2.86 billion

Would you like a visual chart of this data or a breakdown by agency or contract type?

> Please provide a table showing the percentage of contracts awarded using each individual selection method.

**Copilot**

Analyzing ⌄

Analysis ⌄

Message Copilot

AI-generated content may be incorrect



# Data Analysis – NYC Open Contracts Dataset



| | |
|---|---|
| Innovative Procurement | 2.75% |
| Other | 2.67% |
| Competitive Sealed Proposals/Pre-Qualified List | 2.45% |
| Sole Source | 2.07% |
| Required Method (including Preferred Source) | 1.93% |
| Required/Authorized Source | 1.55% |
| Small Purchase | 0.83% |
| Competitive Sealed Bids/Pre-Qualified List | 0.67% |
| Line Item Appropriation or Discretionary Funds | 0.61% |

Would you like this data visualized in a chart or exported to a file?

Yes, please visualize this data in a chart.    Can you export this table to Excel?

Message Copilot

AI-generated content may be incorrect

# Data Analysis – NYC Open Contracts Dataset







| | |
|---|---|
| Line Item Appropriation or Discretionary Funds | 0.61% |
| CP/2 | 0.45% |
| Government to Government | 0.33% |
| Demonstration Project | 0.18% |
| Negotiated Acquisition/Pre-Qualified List | 0.18% |
| Contract Change | 0.15% |
| Public Bid | 0.08% |
| Request for Quote | 0.08% |
| Cooperative Purchasing | 0.06% |

Would you like this data visualized in a chart or exported to a file?

Yes, please visualize this data in a chart.    Can you export this table to Excel?

Message Copilot

AI-generated content may be incorrect

# Data Analysis – NYC Open Contracts Dataset





M365 Copilot

- Search
- Chat
  - Agents
  - Conversations
    - **Recent_Contract_Awards_202...**
    - All conversations
  - Pages
- Create
- Apps

| | |
|---|---|
| Request for Quote | 0.08% |
| Cooperative Purchasing | 0.06% |
| Contract with another Government | 0.06% |
| IG/S | 0.04% |
| Request for Qualifications | 0.01% |
| RS | 0.01% |
| Request for Information | 0.00% |
| Client Services Waiver | 0.00% |

Would you like this data visualized in a chart or exported to a file?



Yes, please visualize this data in a chart.    Can you export this table to Excel?

Message Copilot

+

AI-generated content may be incorrect

# Webmaster Controls









Internet

**100%**

Index



www.bing.com

Microsoft Bing

```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```




Index

```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {

        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```



```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```



```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```



```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```





```
    "sourceAttributions": [
        {
            "id": 0,
            "url": "https://www.coursera.org"
        },
        {
            "id": 1,
            "url": "https://www.coursera.org/specializations/python?action-enroll"
        },
    ],
```

```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```





```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```

```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```





"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],



Responsible AI

# Responsible AI in Practice



## RAI Content Mitigations



# M365 Copilot & Bing Chat versus New Consumer Copilot

Significant Differences for Discovery Purposes

# Timeline

**Bing Chat Events**

**New Consumer Copilot Events**



**Feb. 2023**
Bing Chat launched (GPT-4)

**Mar. 2023**
GPT-3.5 Turbo

**Nov. 2023**
Bing Chat rebranded to Copilot

**Dec. 27, 2023**
NYT Complaint filed

**Jan. 2024**
GPT-4 Turbo

**2023**

**2024**

**May 2024**
New Consumer Copilot coding begins

**Oct. 2024**
New Consumer Copilot released (GPT-4o & after)

# Both Are Mustangs, Very Different Under the Hood




# New Consumer Copilot Is Different For Discovery Purposes

## New Infrastructure

- New system architecture
- Built on different platform
- Output logs: entirely different system for capture and storage
- Incorporates only later-generation OpenAI LLMs (not previously in case as to Microsoft)

## New Source Code/ Functions

- Entirely new code base stored in different location
- Plaintiffs have already spent ~50 days examining BingChat source code
- New capability to utilize numerous new external functions
- Many new app clients providing native support across multiple surfaces

## New Custodians

- Built from scratch between May and October 2024
- Back-end code written by ~300 people
- Only 2 people overlap with BingChat

# The Importance of General Purpose Technologies

## Single Purpose Technologies



**Telegraph**



**Smoke Detector**



**Clock**



**Drill**

## General Purpose Technologies



**Electricity**



**Machine Tools**



**Information Technology**



**Steam Engine**

# GPTs Have Driven The Major Industrial Revolutions

| 1st Industrial Revolution | 2nd Industrial Revolution | 3rd Industrial Revolution |
|---|---|---|



