**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------ X | |
| IN RE: | : |
| | : |
| OPEN AI, INC., | : No. 25-md-3143 (SHS) (OTW) |
| COPYRIGHT INFRINGEMENT LITIGATION | : |
| | : |
| This Document Relates To: | : |
| | : |
| All Actions | : |
| ------------------------------------------------------------ X | |

**DECLARATION OF MAILE YEATS-ROWE IN SUPPORT OF**
**OPENAI'S LETTER MOTION TO SEAL**

I, Maile Yeats-Rowe, hereby declare as follows:

1. I am Senior Litigation Counsel at OpenAI. I submit this declaration in support of OpenAI's letter motion to seal, filed concurrently herewith. I have personal knowledge of the facts set forth below and if called as a witness, could testify competently thereto.

2. I have been informed and understand that OpenAI moved to seal: portions of Plaintiffs' September 9, 2025 Letter Motion to Compel Microsoft to Produce or Make Available for Inspection (ECF 546); portions of Plaintiffs' supporting Exhibit 7 thereto (ECF 546-7); portions of Plaintiffs' September 9, 2025 Letter Motion for Discovery on OpenAI's Failure to Comply with ESI Order (ECF 557); Plaintiff's supporting Exhibits 4, 5, and 6 thereto (ECF 557-4, 557-5, and 557-6); portions of Plaintiffs' September 9, 2025 Letter Motion to Compel OpenAI Defendants to to Produce Documents re: Pink-Slime News Entities (ECF 559); and Plaintiffs' supporting Exhibit C thereto (ECF 559-3). The information OpenAI seeks to seal was designated by OpenAI as highly confidential pursuant to the Stipulated Protective Order, ECF 357.

3. Based on my review, the information OpenAI seeks to seal from Plaintiffs' September 9, 2025 discovery motions comprises (i) highly sensitive internal technical names that direct to OpenAI internal documents, the disclosure of which poses cybersecurity threats to OpenAI; (ii) confidential internal business information about OpenAI's technology and business strategies that could be unfairly used by its competitors if made public; and (iii) confidential information about its business dealings with partners, including terms of its partner agreements and related negotiations, that would threaten OpenAI's competitive standing in the market and potentially violate confidentiality provisions if not protected.

4. **Category (i)**. Internal filenames, communication channel IDs, training data and dataset names, and storage directory and subdirectory names are highly sensitive and warrant sealing. Disclosure of this information could compromise OpenAI's cybersecurity. OpenAI treats such information as highly confidential, does not publicly disclose it, and takes affirmative steps to protect the confidentiality of such information. Category (i) information can be found in the following:

| Description | ECF | Redact or Seal |
|---|---|---|
| Exhibit 4 to Plaintiffs' Letter Motion for Discovery on OpenAI's Failure to Comply with ESI Order | 557-4 | Seal |
| Exhibit 5 to Plaintiffs' Letter Motion for Discovery on OpenAI's Failure to Comply with ESI Order | 557-5 | Seal |
| Exhibit 6 to Plaintiffs' Letter Motion for Discovery on OpenAI's Failure to Comply with ESI Order | 557-6 | Seal |

5. **Category (ii)**. The specific processes that OpenAI employs to train and evaluate ChatGPT models, including internal information regarding sources and specific amounts of data, data acquisition, transfer methods, and storage techniques, internal data retention policies and

practices, and internal privacy policies and strategic decisions constitute highly sensitive proprietary information. OpenAI treats such information as highly confidential. OpenAI generally does not publicly disclose this type of information and takes steps to protect its confidentiality, particularly given the highly competitive nature of the artificial intelligence industry with global stakeholders. Disclosure of such information would give OpenAI's competitors insight into its proprietary development processes and cause competitive harm to OpenAI in a nascent and highly competitive market. Category (ii) information can be found in the table that follows.

| Description | ECF | Redact or Seal |
|---|---|---|
| Plaintiffs' Letter Motion to Compel Microsoft to Produce or Make Available for Inspection | 546 | Redact |
| Exhibit G to Plaintiffs' Letter Motion Compel Microsoft to Produce or Make Available for Inspection | 546-7 | Redact |
| Plaintiffs' Letter Motion for Discovery on OpenAI's Failure to Comply with ESI Order | 557 | Redact |
| Exhibit 4 to Plaintiffs' Letter Motion for Discovery on OpenAI's Failure to Comply with ESI Order | 557-4 | Seal |
| Exhibit 5 to Plaintiffs' Letter Motion for Discovery on OpenAI's Failure to Comply with ESI Order | 557-5 | Seal |
| Exhibit 6 to Plaintiffs' Letter Motion for Discovery on OpenAI's Failure to Comply with ESI Order | 557-6 | Seal |
| Plaintiffs' Letter Motion to Compel OpenAI Defendants to to Produce Documents re: Pink-Slime News Entities | 559 | Redact |
| Exhibit C to Plaintiffs' Motion to Compel OpenAI Defendants to to Produce Documents re: Pink-Slime News Entities | 559-3 | Seal |

6.      **Category (iii)**. OpenAI treats information regarding its business dealings with its partners, including without limitation the terms of its partner agreements and related

negotiations, as highly confidential third-party business information. OpenAI generally does not publicly disclose such terms or negotiation details to prevent competitive harm to OpenAI. Moreover, OpenAI and certain partners have express agreements with confidentiality provisions that prevent public disclosure of confidential facts about the companies' business relationships. Public disclosure of category (iii) information would cause competitive harm to OpenAI, given the highly competitive nature of the artificial intelligence industry with global stakeholders, and could cause violation of OpenAI's confidentiality agreements with third parties. Category (iii) information can be found in the table that follows.

| Description | ECF | Redact or Seal |
|---|---|---|
| Plaintiffs' Letter Motion to Compel Microsoft to Produce or Make Available for Inspection | 546 | Redact |
| Plaintiffs' Letter Motion for Discovery on OpenAI's Failure to Comply with ESI Order | 557 | Redact |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of September 2025, in San Francisco, California.

*[signature]*

Maile Yeats-Rowe
Senior Litigation Counsel
OpenAI