**KEKER**
**VAN NEST**
**& PETERS**

**LATHAM & WATKINS** LLP

**MORRISON FOERSTER**

November 7, 2025

**VIA ECF**

Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:     Duplicate Filing of OpenAI's Motion to Seal (ECFs 677 and 678)
*In Re: OpenAI, Inc., Copyright Infringement Litigation*, No.
1:25-md-3143, This Document Relates To: All Actions

Dear Judge Wang:

We represent the OpenAI Defendants in the above-referenced matters and write this brief letter to prevent any possible confusion with ECF Nos. 677 and 678. On October 20, 2025, OpenAI filed its Letter Motion to Seal Portions of ECF Nos. 659 and 662. OpenAI inadvertently filed this motion twice, first as ECF 677, then again as ECF 678, due to an ECF glitch. Apart from their consecutive docket numbering, these filings are otherwise identical. The Court may disregard ECF 678 as duplicative of ECF 677.

Sincerely,

KEKER, VAN NEST &
PETERS LLP

*/s/ Christopher S. Sun*

Christopher S. Sun
(*pro hac vice*)

LATHAM & WATKINS LLP

*/s/ Herman H. Yue*

Herman H. Yue
(*pro hac vice*)

MORRISON & FOERSTER
LLP

*/s/ Caitlin Sinclaire Blythe*

Caitlin Sinclaire Blythe
(*pro hac vice*)