**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br><br>This Document Relates To:<br><br>     *Baldacci*, No. 1:25-md-3143; *Authors Guild*, 1:23-cv-08292 | Case No. 25-md-3143 (SHS) (OTW) |

## <u>NOTICE OF ERRATA</u>

Please take notice of the following errata and correction to OpenAI's November 24 letter brief re: contested download and output discovery, ECF 875: OpenAI inadvertently excluded the term "thousand" on page 3 of the letter brief in a reference to the volume of data and listed the number of employees' personal containers on which Plaintiffs are seeking discovery as "22" rather than "24." The reference to "15 terabytes" has been updated to "15 thousand terabytes" and "22 employees" updated to "24 employees."  A corrected copy of the letter brief has been attached to this filing.

Dated: December 3, 2025

/s/ Allison S. Blanco
**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
 andrew.gass@lw.com
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
 sy.damle@lw.com
Luke A. Budiardjo
 luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana Nightingale Dawson (*pro hac vice*)
 elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison S. Blanco (*pro hac vice*)
 allison.blanco@lw.com
650 Town Center Drive, Suite 20
Costa Mesa, CA 92626
Telephone: 714.540.1235

/s/ Caitlin S. Blythe
**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
 jgratz@mofo.com
Tiffany Cheung (*pro hac vice*)
 tcheung@mofo.com
Caitlin Sinclaire Blythe (*pro hac vice*)
 cblythe@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (*pro hac vice*)
 roselee@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200

_/s/ Thomas E. Gorman_

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (_pro hac vice_)
  _rvannest@keker.com_
R. James Slaughter (_pro hac vice_)
  _rslaughter@keker.com_
Paven Malhotra
  _pmalhotra@keker.com_
Michelle S. Ybarra (_pro hac vice_)
  _mybarra@keker.com_
Thomas E. Gorman (_pro hac vice_)
  _tgorman@keker.com_
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

_Attorneys for OpenAI_