UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION<br><br>This document relates to:<br><br>No. 1:23-cv-08292 (SHS) (OTW) (consol.)<br>No. 1:25-cv-03482 (SHS) (OTW) (consol.) | Case No. 25-md-3143-SHS-OTW<br><br>Hon. Sidney H. Stein |

**JOINT STIPULATON AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE IN CLASS CASES**

The parties in the Class Cases[1] by and through their respective counsel of record hereby stipulate and agree to the following Proposed Order to Modify the Case Schedule Applicable to the Class Cases to modify the current deadlines for class certification briefing and expert reports.

## STIPULATION AND PROPOSED ORDER

1. Currently, class certification opening motions are due 21 days following the Court's ruling on the Motions for Summary Judgment, with oppositions due 28 days after opening briefs, and replies due 21 days following oppositions. *See* Dkt. 238 at 4.

2. To address the need for any class certification specific expert reports, the parties stipulate that class certification experts and expert discovery will occur after summary judgment. The parties further stipulate to submit joint or competing proposals to the Court for a schedule regarding class certification expert disclosures, class certification expert discovery, class certification *Daubert* briefing, and substantive briefing on class certification within two weeks of this Court's order on summary judgment.

3. The proposed schedule reflecting the remaining dates on the Court's Scheduling Order, Dkt. 238, and the proposed modification to the class certification deadlines follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Close of fact discovery** | **February 27, 2026** | No change |
| **Close of expert discovery** (includes opening, rebuttal, reply) | **July 17, 2026**<br><br>*Opening Reports:*<br>*April 10, 2026*<br><br>*Rebuttal Reports:*<br>*May 8, 2026*<br><br>*Reply Reports:* | No change |

---

[1] Nos. 1:23-cv-08292 (SHS) (OTW) (consol.); No. 1:25-cv-03482 (SHS) (OTW) (consol.).

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| | *June 5, 2026* | |
| **Last day to file Dispositive motions** and date for filing Dauberts (all cases)[2] | **August 14, 2026** | **No change** |
| Oppositions to Motions for Summary Judgment and to *Daubert* motions | **September 18, 2026** | **No change** |
| Replies in support of Summary Judgment and *Daubert* motions | **October 16, 2026** | **No change** |
| Hearing on Motions for Summary Judgment | **November 18, 2026** (or another date convenient for the Court) | **No change** |
| Class certification (consolidated class case) | **Current (Dkt. 238):**<br><br>**Motion:** 21 days after ruling on Motions for Summary Judgment<br><br>**Opposition:** 28 days later<br><br>**Reply:** 21 days later | The parties will submit joint or competing proposals to the Court for a schedule regarding class certification expert disclosures, class certification expert discovery, class certification *Daubert* briefing, and substantive briefing on class certification within two weeks of this Court's order on summary judgment. |
| Motions in Limine | **Date to be determined by the Court** | **No change** |
| Ready trial date | **Date to be determined by the Court** | **No change** |

---

[2] This deadline for *Daubert* motions shall not apply to issues that may be raised on remand to transferor courts, and by agreeing to this deadline no party waives its right to seek to have particular issues resolved on remand.

2

IT IS SO STIPULATED.

Dated: February 4, 2026

By: /s/ Jeffrey S. Jacobson

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Annette L. Hurst (admitted *pro hac vice*)
Daniel Justice (admitted *pro hac vice*)
Amanda H. Schwartz (admitted *pro hac vice*)
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
ahurst@orrick.com
djustice@orrick.com
aschwartz@orrick.com

Christopher J. Cariello
Marc Shapiro
Lisa T. Simpson
Vanessa Sorrentino
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-3778
Facsimile: (212) 506-5151
ccariello@orrick.com
lsimpson@orrick.com

Sheryl Koval Garko (admitted *pro hac vice*)
Laura Brooks Najemy (admitted *pro hac vice*)
222 Berkley Street
Boston, MA 02116
Telephone: (617) 880-1800
Facsimile: (617) 880-1801
sgarko@orrick.com
lnajemy@orrick.com

Monica Svetoslavov (admitted *pro hac vice*)
Andrew Schreiber
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
msvetoslavov@orrick.com
aschreiber@orrick.com

**FAEGRE DRINKER BIDDLE & REATH LLP**
Jeffrey S. Jacobson

3

1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 248-3191
jeffrey.jacobson@faegredrinker.com

Jared B. Briant (admitted *pro hac vice*)
Kirstin L. Stoll-DeBell (admitted *pro hac vice*)
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 607-3588
jared.briant@faegredrinker.com
kirstin.stolldebell@faegredrinker.com

Carrie A. Beyer (admitted *pro hac vice*)
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
carrie.beyer@faegredrinker.com

Elizabeth M.C. Scheibel (admitted *pro hac vice*)
2200 Wells Fargo Center, 90 S. 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
elizabeth.scheibel@faegredrinker.com

*Attorneys for Defendant*
*Microsoft Corporation*

Dated: February 4, 2026

By: */s/ Tiffany Cheung*
**MORRISON & FOERSTER LLP**
Tiffany Cheung (admitted pro hac vice)
tcheung@mofo.com
Joseph C. Gratz (admitted pro hac vice)
jgratz@mofo.com
Caitlin S. Blythe (admitted pro hac vice)
cblythe@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (admitted pro hac vice)
roselee@mofo.com
707 Wilshire Boulevard, Suite 6000

4

Los Angeles, CA 90017
Telephone: 213.892.5200

**LATHAM & WATKINS LLP**
Andrew M. Gass (admitted *pro hac vice*)
andrew.gass@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Allison Blanco (admitted pro hac vice)
allison.blanco@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: 714.755.8293

Sarang V. Damle
sy.damle@lw.com
Luke A. Budiardjo
luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana N. Dawson (admitted pro hac vice)
elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (admitted pro hac vice)
rvannest@keker.com
R. James Slaughter (admitted pro hac vice)
rslaughter@keker.com
Paven Malhotra
pmalhotra@keker.com
Michelle S. Ybarra (admitted pro hac vice)
mybarra@keker.com
Sarah Salomon (admitted pro hac vice)
ssalomon@keker.com
Katie Lynn Joyce (admitted pro hac vice)
kjoyce@keker.com
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

5

*Attorneys for Defendants
OpenAI, Inc., OpenAI LP, OpenAI GP, LLC,
OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global
LLC, OAI Corporation, LLC, and OpenAI
Holdings, LLC*

Dated: February 4, 2026

*/s/ Justin A. Nelson*
**SUSMAN GODFREY L.L.P.**
Justin A. Nelson (pro hac vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel.: (713) 651-9366
jnelson@susmangodfrey.com

*Interim Lead Counsel for Class Plaintiffs*

**SO ORDERED.**

Dated: February 11, 2026

HON. SIDNEY H. STEIN
United States District Judge

6