UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: OpenAI, Inc. Copyright Infringement Litigation | |
| This Document Relates To: | Case No. 1:25-md-3143 (SHS) (OTW) |
| Case No. 1:23-cv-08292<br>Case No. 1:23-cv-10211<br>Case No. 1:25-cv-03482 | |

**STIPULATION FOR VOLUNTARY DISMISSAL OF PLAINTIFF MATTHEW KLAM**

Pursuant to Rule 41(a)(2) and Rule 21 of the Federal Rules of Civil Procedure, class Plaintiffs and Defendants OpenAI, Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI, LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, and Microsoft Corporation ("Defendants") (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, following discovery, Plaintiffs seek dismissal of Mr. Klam as a class representative;

WHEREAS, more than a dozen other Plaintiffs remain as class representatives and Plaintiffs contend the dismissal of Mr. Klam's claims for his asserted works will not have any adverse effect on the representation of the proposed class;

WHEREAS, Plaintiffs and Defendants reserve the right to make use of all discovery produced by Mr. Klam in support of all arguments and defenses they may make in the action, all of which they reserve;

Accordingly, the Parties stipulate and agree to dismiss Plaintiff Matthew Klam as a plaintiff without prejudice, subject to the Court's approval, with each party to bear its own attorney's fees and costs.

1

Consistent with the above, the Parties respectfully request that the Court enter the concurrently submitted proposed order.

Dated: March 13, 2026

*/s/ Justin A. Nelson*
Justin A. Nelson (pro hac vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
jnelson@susmangodfrey.com

*Interim Lead Counsel for Class Plaintiffs*

Alejandra C. Salinas (pro hac vice)
Amber B. Magee (pro hac vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713.651.9366
asalinas@susmangodfrey.com
amagee@susmangodfrey.com

Rohit D. Nath (pro hac vice)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: 310.789.3100
rnath@susmangodfrey.com

J. Craig Smyser
Charlotte Lepic
Henry Walter
SUSMAN GODFREY L.L.P.
One Manhattan West, 51st Floor
New York, NY 10001
Tel.: 212.336.8330
csmyser@susmangodfrey.com
clepic@susmangodfrey.com
hwalter@susmangodfrey.com

Jordan W. Connors (pro hac vice)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel.: 206.516.3880

jconnors@susmangodfrey.com

*Counsel for Class Plaintiffs*

Dated: March 13, 2026                **MORRISON & FOERSTER LLP**

*/s/ Tiffany Cheung*
Tiffany Cheung (*pro hac vice*)
  tcheung@mofo.com
Joseph C. Gratz (*pro hac vice*)
  jgratz@mofo.com
Caitlin Sinclaire Blythe (*pro hac vice*)
  cblythe@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (*pro hac vice*)
  roselee@mofo.com
755 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.813.5600

**LATHAM & WATKINS LLP**

Andrew M. Gass (*pro hac vice*)
  andrew.gass@lw.com
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
  sy.damle@lw.com
Luke A. Budiardjo
  luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana Nightingale Dawson (*pro hac vice*)
  elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

        Allison S. Blanco (*pro hac vice*)
         allison.blanco@lw.com
        650 Town Center Drive, 20th Floor
        Costa Mesa, CA 92626
        Telephone: 714.540.1235

        **KEKER, VAN NEST & PETERS LLP**
        Robert A. Van Nest (*pro hac vice*)
         rvannest@keker.com
        R. James Slaughter (*pro hac vice*)*
         rslaughter@keker.com
        Paven Malhotra
         pmalhotra@keker.com
        Michelle S. Ybarra (*pro hac vice*)
         mybarra@keker.com
        633 Battery St.
        San Francisco, CA 94111
        Telephone: 415.391.5400

        *Attorneys for OpenAI*

Dated: March 13, 2026        **ORRICK, HERRINGTON & SUTCLIFFE LLP**

        */s/ Annette L. Hurts*
        Annette L. Hurst (*pro hac vice*)
        The Orrick Building
        405 Howard Street
        San Francisco, CA 94105
        ahurst@orrick.com
        Telephone: 415.773.5700

        *Attorney for Defendant Microsoft Corporation*

**SO ORDERED.**

  **Dated:** _____      _____
                                          **Hon. Sidney H. Stein**
                                          United States District Judge

\* All parties whose electronic signatures are included in this filing have provided consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

## CERTIFICATE OF SERVICE

      I, Bryan L. Clobes, hereby certify that on March 13, 2026, I caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Bryan L. Clobes*
